AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Charlotte Cook

v.

Shure-Line Construction, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-381

TO: (Name and address of Defendant)

Shure-Line Construction, Inc.
The First State Registered Agent Company
1925 Lovering Avenue
Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Poliquin, Esq.
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
(By) DEPUTY CLERK

DATE  JUN 1 3 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/15/2007 @ 2:25 p.m. |
| NAME OF SERVER *(PRINT)*<br>**Timothy C. Bennett** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Peter S. Gordon, Esq., registered agent, c/o Peter S. Gordon, Gordon, Fournaris & Mammarella, P.A., 1925 Lovering Avenue, Wilmington, DE 19806**

**45, M, W, 6'0", 180 pounds, gray hair, no glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **6/18/2007**
Date

*Timothy C Bennett*
Timothy C. Bennett

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure