IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLOTTE COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-381-SLR |
| | ) | |
| SHURE-LINE CONSTRUCTION, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, subject to the approval of the Court, that the time in which defendant Shure-Line Construction, Inc. may move, answer or otherwise respond to the Complaint is extended through and including July 23, 2007.

/s/ Ronald G. Poliquin
Ronald G. Poliquin (#4447)
rpoliquin@youngmalmberg.com
Young Malmberg & Howard, P.A.
30 The Green
Dover, Delaware 19901
(302) 672-5600
Attorneys for Plaintiff

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2007.

_____
Sue L. Robinson, U.S.D.J.