IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLOTTE COOK, | : | |
| Plaintiff, | : | C.A. No. 07-381-SLR |
| v. | : | TRIAL BY JURY DEMANDED |
| SHURE-LINE CONSTRUCTION, INC., | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August 2007, I caused to be served one (1) copy of the foregoing Rule 26(a)(1) Disclosure Requirements by the Plaintiff on the following parties via United States Mail, postage prepaid:

Jennifer C. Jauffret
Richard, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*