IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLOTTE COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-381-SLR |
| ) | |
| SHURE-LINE CONSTRUCTION, INC., ) | TRIAL BY JURY DEMANDED |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

It is hereby certified that on the 20th day of August, 2007, true and correct copies of Defendant's First Set of Interrogatories Directed to Plaintiff and this Notice of Service were served, in the manner indicated, on the following counsel of record:

### BY FIRST CLASS MAIL

Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, Delaware 19901

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Attorneys for Defendant

Dated: August 20, 2007