IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLOTTE COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-381-SLR |
| | ) | |
| SHURE-LINE CONSTRUCTION, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

To: Ronald G. Poliquin, Esquire
Young, Malmberg & Howard
30 The Green
Dover, Delaware 19901

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of plaintiff Charlotte Cook on October 24, 2007 at 10:00 a.m. at the offices of Richards, Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, Delaware or another time and/or place as mutually agreed upon. The deposition will be recorded and transcribed. The deposition will continue from day to day until concluded.

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: August 23, 2007

RLF1-3191640-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on August 23, 2007, mailed, via first class mail, postage prepaid, copies of the same to:

> Ronald G. Poliquin, Esquire
> Young, Malmberg & Howard
> 30 The Green
> Dover, Delaware  19901

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant