## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLOTTE COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 07-381-SLR |
| | ) |
| SHURE-LINE CONSTRUCTION, INC., | )    TRIAL BY JURY DEMANDED |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 23rd day of August , 2007, the parties having satisfied their

obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling

conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures**.    The parties have exchanged the information

required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Discovery**.

(a)    Discovery will be needed on the following subjects:    claims of gender

discrimination; defendant's defenses, and damages.

(b)    All discovery shall be commenced in time to be completed by March 31,

2008.

(c)    Maximum of 25 interrogatories by each party to any other party.

(d)    Maximum of 25 requests for admission by each party to any other party.

(e)    Maximum of 5 depositions by plaintiff and 5 by defendant.

RLF1-3191003-1

(f)   Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

(g)   Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by November 30, 2007.  Rebuttal expert reports due by December 31, 2007.

(h)   **Discovery Disputes.**  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to two (2) Rule 37 motions.  The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.   **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before October 15, 2007.

4.   **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to a~ SLR Magistrate Judge, ~~Thynge~~ for the purposes of exploring ADR.

5.   **Summary Judgment Motions.**  All summary judgment motions shall be served and filed with an opening brief on or before April 30, 2008.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

6.   **Application by Motion.**  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

RLF1-3191003-1

7.    **Motions in Limine.**  All motions in limine shall be filed on or before [~~two weeks~~ *August 11,* ~~before pretrial conference~~]. *2008*  All responses to said motions shall be filed on or before [~~one week before pretrial conference~~]. *August 18, 2008.*

8.    **Pretrial Conference.**  A pretrial conference will be held on *August 25, 2008* at *4:40* p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

**Trial.**    This matter is scheduled for a four day jury trial commencing on *September 8, 2008* in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge

RLF1-3191003-1