**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLOTTE COOK, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-381-SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| SHURE-LINE CONSTRUCTION, INC., | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 5th day of October 2007, I caused to be served one (1) copy of the foregoing Plaintiff's Responses to Defendant's First Request for Production of Documents on the following party via United States Mail, postage prepaid:

Jennifer C. Jauffret
Richard, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                                **YOUNG, MALMBERG & HOWARD, P.A.**

                                /s/ Ronald G. Poliquin
                                Ronald G. Poliquin, Esquire
                                I.D. No. 4447
                                30 The Green
                                Dover, DE 19901
                                (302) 672-5600
                                *Attorney for Plaintiff*