**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLOTTE COOK, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-381-SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| SHURE-LINE CONSTRUCTION, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

**TO:**   Jennifer C. Jauffret
Richard, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Rick Kotowski on October 29, 2007 at 10:00 am at the law firm Young, Malmberg & Howard, P.A., 30 The Green, Dover, DE 19901.

                        **YOUNG, MALMBERG & HOWARD, P.A.**

                        /s/ Ronald G. Poliquin
                        Ronald G. Poliquin, Esquire
                        I.D. No. 4447
                        30 The Green
                        Dover, Delaware 19901
                        302-672-5600
                        *Attorney for Plaintiff*

Dated:  October 9, 2007
cc:     Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLOTTE COOK, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-381-SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| SHURE-LINE CONSTRUCTION, INC., | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of October 2007, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following party via United States Mail, postage prepaid:

Jennifer C. Jauffret
Richard, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

        **YOUNG, MALMBERG & HOWARD, P.A.**

        /s/ Ronald G. Poliquin
        Ronald G. Poliquin, Esquire
        I.D. No. 4447
        30 The Green
        Dover, DE 19901
        (302) 672-5600
        *Attorney for Plaintiff*