**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLOTTE COOK, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-381-SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| SHURE-LINE CONSTRUCTION, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

**TO:**   Jennifer C. Jauffret
Richard, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Jeff Stoneberger on October 29, 2007 at 2:00 pm at the law firm Young, Malmberg & Howard, P.A., 30 The Green, Dover, DE 19901.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated:  October 9, 2007
cc:     Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLOTTE COOK, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-381-SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| SHURE-LINE CONSTRUCTION, INC., | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of October 2007, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following party via United States Mail, postage prepaid:

Jennifer C. Jauffret
Richard, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

                **YOUNG, MALMBERG & HOWARD, P.A.**

                /s/ Ronald G. Poliquin
                Ronald G. Poliquin, Esquire
                I.D. No. 4447
                30 The Green
                Dover, DE 19901
                (302) 672-5600
                *Attorney for Plaintiff*