Law Offices of
**YOUNG, MALMBERG** & **HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young                                    Phone: (302) 672-5600
Constantine F. Malmberg, III                        Fax: (302) 674-0549
Kevin M. Howard
Ronald G. Poliquin

December 20, 2007

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

      RE:   Charlotte Cook v. Shure-Line Construction, Inc.
             Civil Action No. 07-381 - SLR

Dear Judge Robinson:

     This is a letter confirming that the parties have reached a settlement in the above case on December 11, 2007 after mediation with Magistrate Stark. A stipulation of dismissal will be filed with the Court in early January 2008. Please feel free to contact Counsel if any further information is necessary.

Very truly yours,

/s/ Ronald G. Poliquin
I.D. No. 4447
RGP/gss
cc:    Jennifer Jauffret, Esquire
        Charlotte Cook