IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLOTTE COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-381-SLR |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| SHURE-LINE CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party is responsible for her or its legal fees and costs.

_____
Ronald G. Poliquin (#4447)
rpoliquin@youngmalmberg.com
Young Malmberg & Howard, P.A.
30 The Green
Dover, Delaware 19901
(302) 672-5600
Attorneys for Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Defendant
HSBC Pay Services Inc.

SO ORDERED this _____ day of _____, 2008.

_____,
Sue L. Robinson, U.S.D.J.